UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21555-CIV-LENARD/DUBÉ

**FABIO CUARTAS**,

    Plaintiff,

vs.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

    Defendant.

_____/

**ORDER ADOPTING THE REPORT OF THE MAGISTRATE JUDGE (D.E. 18) AND CLOSING CASE**

    **THIS CAUSE** is before the Court on the Report of the Magistrate Judge ("Report," D.E. 18), issued on May 20, 2008. No objections were filed. After a <u>de novo</u> review of the Report and the record, it is hereby:

    **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 18) is **ADOPTED**.

2. Defendant's Motion for Summary Judgment (D.E. 17), filed on November 21, 2007, is **GRANTED**.

3. Plaintiff's Motion for Summary Judgment (D.E. 15), filed on October 22, 2007, is **DENIED**.

4. This case is **CLOSED.**

    **DONE AND ORDERED** in Chambers at Miami, Florida this 17th day of June, 2008.

                                               **JOAN A. LENARD**
                                             **UNITED STATES DISTRICT JUDGE**